UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| POZZOLI SPA and MULTI PACKAGING SOLUTIONS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> AGI MEDIA, INC. MEADWESTVACO CORPORATION, SHOREWOOD PACKAGING CORPORATION, POLY-MATRIX, INC., AGI POLYMATRIX, AGI NORTH AMERICA LLC, AGI POLYMATRIX LLC, <br><br> Defendants. | Civil Action No. 10-cv-05341-DAB <br><br> District Judge Deborah A. Batts <br> Magistrate Judge Theodore H. Katz |

**PLEASE TAKE NOTICE** that Jason Casero hereby appears as counsel for the following Defendants in the above-captioned action:

AGI MEDIA, INC.

MEADWESTVACO CORPORATION

SHOREWOOD PACKAGING CORPORATION

POLY-MATRIX, INC.

AGI POLYMATRIX

AGI NORTH AMERICA LLC

AGI POLYMATRIX LLC

Mr. Casero respectfully requests that he be added to the list of service and ECF notice recipients, and his e-mail address for such notification is jcasero@mwe.com.

- 2 -

Dated: New York, New York
November 24, 2010

**McDERMOTT WILL & EMERY LLP**

_____s/ Jason Casero_____

Jason Casero
340 Madison Avenue
New York, New York 10017
(212) 547-4000
jcasero@mwe.com

NYK 1365015-1.087680.0011