UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| POZZOLI SPA and MULTI PACKAGING SOLUTIONS, INC., <br>                     Plaintiffs, <br> v. <br><br> AGI MEDIA, INC. MEADWESTVACO CORPORATION, SHOREWOOD PACKAGING CORPORATION, POLY-MATRIX, INC., AGI POLYMATRIX, AGI NORTH AMERICA LLC, AGI POLYMATRIX LLC, <br><br>                     Defendants. | Civil Action No. 10-cv-05341-DAB <br><br> District Judge Deborah A. Batts <br> Magistrate Judge Theodore H. Katz |

## STATEMENT PURSUANT TO RULE 7.1

Pursuant to Federal Rule of Civil Procedure 7.1, defendant SHOREWOOD PACKAGING CORPORATION, through its undersigned counsel, states that its parent corporation is INTERNATIONAL PAPER COMPANY, which is a publicly traded entity.

Dated: New York, New York
       November 24, 2010

                                          McDERMOTT WILL & EMERY LLP

                                                        s/ Jason Casero

Jason Casero
340 Madison Avenue
New York, New York 10017
(212) 547-4000
jcasero@mwe.com

NYK 1365024-1.087680.0011