UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| POZZOLI SPA and MULTI PACKAGING SOLUTIONS, INC., <br>                Plaintiffs, <br> v. <br><br> AGI MEDIA, INC. MEADWESTVACO CORPORATION, SHOREWOOD PACKAGING CORPORATION, POLY-MATRIX, INC., AGI POLYMATRIX, AGI NORTH AMERICA LLC, AGI POLYMATRIX LLC, <br>                Defendants. | Civil Action No. 10-cv-05341-DAB <br><br> District Judge Deborah A. Batts <br> Magistrate Judge Theodore H. Katz |

**STATEMENT PURSUANT TO RULE 7.1**

Pursuant to Federal Rule of Civil Procedure 7.1, defendant AGI POLYMATRIX, through its undersigned counsel, states that it does not have a parent corporation and that there is no publicly held corporation owning 10% or more of its stock.

Dated: New York, New York
       November 24, 2010

                                              McDERMOTT WILL & EMERY LLP

                                                  s/ Jason Casero

Jason Casero
340 Madison Avenue
New York, New York 10017
(212) 547-4000
jcasero@mwe.com

NYK 1365040-1.087680.0011