UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| POZZOLI SPA and MULTI PACKAGING SOLUTIONS, INC., <br><br>                    Plaintiffs, <br><br> v. <br><br> AGI MEDIA, INC. MEADWESTVACO CORPORATION, SHOREWOOD PACKAGING CORPORATION, POLY-MATRIX, INC., AGI POLYMATRIX, AGI NORTH AMERICA LLC, AGI POLYMATRIX LLC, <br><br>                    Defendants. | Civil Action No. 10-cv-05341-DAB <br><br> District Judge Deborah A. Batts <br> Magistrate Judge Theodore H. Katz |

**STATEMENT PURSUANT TO RULE 7.1**

Pursuant to Federal Rule of Civil Procedure 7.1, defendant AGI NORTH AMERICA LLC, through its undersigned counsel, states that its parent corporation is ATLAS AGI HOLDINGS LLC.

Dated: New York, New York
       November 24, 2010

                                        **McDERMOTT WILL & EMERY LLP**


                                        _____s/ Jason Casero_____

                                        Jason Casero
                                        340 Madison Avenue
                                        New York, New York 10017
                                        (212) 547-4000
                                        jcasero@mwe.com

NYK 1365071-1.087680.0011