UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| POZZOLI SPA and MULTI PACKAGING SOLUTIONS, INC.,<br><br>      Plaintiffs,<br><br>v.<br><br>AGI MEDIA, INC. MEADWESTVACO CORPORATION, SHOREWOOD PACKAGING CORPORATION, POLY-MATRIX, INC., AGI POLYMATRIX, AGI NORTH AMERICA LLC, AGI POLYMATRIX LLC,<br><br>      Defendants. | Civil Action No. 10-cv-05341-DAB<br><br>District Judge Deborah A. Batts<br>Magistrate Judge Theodore H. Katz |

## STATEMENT PURSUANT TO RULE 7.1

Pursuant to Federal Rule of Civil Procedure 7.1, defendant AGI POLYMATRIX, through its undersigned counsel, states that its parent corporation is ATLAS AGI HOLDINGS LLC.

Dated: New York, New York
   November 24, 2010

                 McDERMOTT WILL & EMERY LLP


                 _____s/ Jason Casero_____

                 Jason Casero
                 340 Madison Avenue
                 New York, New York 10017
                 (212) 547-4000
                 jcasero@mwe.com

NYK 1365042-1.087680.0011